

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-12-2004

# Affinito v. Hendricks

Precedential or Non-Precedential: Precedential

Docket No. 01-2066

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Affinito v. Hendricks" (2004). *2004 Decisions.* Paper 666.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/666

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 01-2066

THOMAS AFFINITO,

Appellant

v.

ROY HENDRICKS; ATTORNEY GENERAL OF THE STATE
OF NEW JERSEY

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 99-cv-02560)
District Judge: Honorable Joseph A. Greenaway, Jr.

Argued July 28, 2003

Before: SCIRICA, Chief Judge, RENDELL and AMBRO, Circuit Judges

(Opinion filed: May 4, 2004 )

Jean D. Barrett, Esquire (Argued)
Ruhnke & Barrett
47 Park Street
Montclair, NJ   07042
        *Attorney for Appellant*

Peter C. Harvey
   Attorney General of New Jersey
Nancy A. Hulett (Argued)
   Deputy Attorney General
P.O. Box 086

Office of Attorney General of New Jersey
Department of Law & Public Safety
Division of Criminal Justice
Appellate Bureau
Richard J. Hughes Justice Complex
Trenton, NJ   08625
   *Attorneys for Appellee*

## ORDER  AMENDING  PUBLISHED  OPINION

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed May 4, 2004, be amended as follows:

On the caption page, in the second column, second line of the first paragraph, replace the year date "1998" with "1988".

On the caption page, in the second column, eighth line of the first paragraph, insert a "." immediately after the word "petition", and replace the word "but" with the word "We" so that the sentences reads:  "The District Court denied Affinito's petition.  We granted a certificate of appealability as to whether Affinito received ineffective assistance of counsel at his trial."

On page five, second column, in the last two sentences of the last full paragraph, replace the "."after the word "petition" with a ","; change the capital "W" in "We" to a lowercase "w"; and insert the word "and" between the words "petition" and "we" so that the sentence reads: "As noted, the District Court denied Affinito's petition, and we granted a certificate of appealability on the issue of whether Russell provided ineffective assistance of counsel."

By the Court,


/s/ Thomas L. Ambro, Circuit Judge


Dated:   May 12, 2004

2